**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PRAVEEN NARAYANASETTY

            Plaintiff,

– against –

METROPOLITAN TRANSPORTATION AUTHORITY; NEW YORK CITY TRANSIT AUTHORITY; RAMAKRISHNAN SESHAN PATHAI, individually; and RAFAIL PORTNOY, individually

            Defendants.

____CV:_____

**VERIFIED COMPLAINT**

**JURY TRIAL DEMANDED**

## INTRODUCTION

1. Plaintiff Praveen Narayanasetty ("Plaintiff") brings this civil action seeking redress for unlawful discrimination, harassment, retaliation, and wrongful termination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. and 42 U.S.C § 1981.

2. Plaintiff, a high-performing Deputy Chief in MTA's Technology Administration Department, was subjected to persistent ethnic harassment by his supervisor, Ramakrishnan Seshan Pathai, and retaliated against for complaining to senior leadership and Human Resources about this mistreatment.

3. Senior officials, including Chief Technology Officer Rafail Portnoy, ratified and perpetuated this misconduct. MTA ultimately discharged Plaintiff on October 10, 2024, under pretextual grounds, ending his career there.

## JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343, and 42 U.S.C. § 2000e-5(f)(3).

1

5. Venue is proper under 28 U.S.C. § 1391(b) because Defendants reside and the unlawful acts occurred in this District.

6. Plaintiff timely filed a Charge of Discrimination (EEOC Charge No. 16F-2025-00106) cross-filed with the New York City Commission on Human Rights, and received a Right-to-Sue Notice. This action is timely.

## PARTIES

7. Plaintiff Praveen Narayanasetty is a male of Andhra Pradesh, India ancestry who resides at 26 Andrews Way, Piscataway, New Jersey 08854.

8. Defendant Metropolitan Transportation Authority ("MTA") is a New York public-benefit corporation, an "employer" within the meaning of Title VII, maintaining offices at 2 Broadway, New York, NY 10004.

9. Defendant New York City Transit Authority ("NYCT") is a subsidiary of MTA and Plaintiff's joint employer within the meaning of Title VII.

10. Defendant Ramakrishnan Seshan Pathai ("Pathai") was Plaintiff's direct supervisor and Deputy Chief Technology Officer at MTA. He exercised supervisory authority over Plaintiff and personally engaged in discriminatory and retaliatory acts.

11. Defendant Rafail Portnoy ("Portnoy") was the Chief Technology Officer at MTA, a final decision-maker who approved or ratified the adverse employment actions described herein.

## FACTUAL ALLEGATIONS

12. Plaintiff began employment with MTA on or about August 25, 2022, as Deputy Chief, Workforce Products. His early evaluations under supervisor Carolyn Ortega rated him "Exceeds Expectations."

2

13. Throughout 2022–2024, Pathai made repeated derogatory statements about individuals from the Andhra Pradesh region, saying they "spoil the work environment" and "bring their whole families here," demonstrating ethnic and regional bias.

14. Plaintiff reported Pathai's conduct to Ortega and later to Portnoy, warning that working under Pathai would expose him to further discrimination.

15. In November 2023, Portnoy nevertheless realigned reporting structures, making Pathai Plaintiff's direct supervisor.

16. After the reassignment, Pathai's hostility intensified: he excluded Plaintiff from meetings, conducted discussions in Tamil to prevent understanding, and publicly berated him.

17. In May 2024, Plaintiff complained to HR Representative Giglia Moldovan, who told him, "If you're unhappy, find a new job," and took no remedial action.

18. In July 2024, Plaintiff took FMLA leave to care for his father in India. Upon return, he was marginalized, denied reinstatement to key duties, and soon issued a fabricated "Absolute Final Warning" dated September 5, 2024, alleging "insubordination."

19. Following his return from approved FMLA leave in late July 2024, Plaintiff was met with hostility and surprise from senior leadership. Chief Technology Officer Rafail Portnoy remarked, "Oh, you came back?", indicating the possible existence of unlawful animus against Plaintiff for exercising his federally protected right to family leave, and/or for other reasons. This remark was made in the presence of Mr Pathai and is corroborated by contemporaneous Teams chat communications in Plaintiff's possession.

20. After returning, Defendant Pathai increased surveillance and pressure, repeatedly warning Plaintiff that "this is your last chance" and "I can end this any time." He issued constant threats of termination, to intimidate Plaintiff from escalating his complaints.

21. Defendant Pathai also engaged in improper communications with one of Plaintiff's direct reports, who shares his Tamil regional background and language. Pathai regularly conversed with this subordinate in Tamil during work hours, undermining Plaintiff's authority and creating a divisive environment based on regional favoritism. These acts further marginalized Plaintiff and signaled to the broader team that Plaintiff's leadership was not respected by upper management.

22. Plaintiff's attempts to resolve these issues through Human Resources and internal channels were ignored. Instead, Defendants collectively created a paper trail to justify termination, including baseless warnings and mischaracterizations of minor workplace interactions. The pattern of conduct following Plaintiff's protected complaints and FMLA leave demonstrates deliberate retaliation under the guise of performance management.

23. Plaintiff promptly submitted rebuttals on September 9 and October 9, 2024, disputing the allegations and asserting retaliation. Pathai explicitly told him that his "performance was not the issue, his behavior was," referencing his protected complaints.

24. On October 10, 2024, Plaintiff was summarily terminated during a meeting with Pathai and HR. The termination was approved or ratified by Portnoy.

25. Plaintiff's discharge followed his protected complaints by mere weeks and contradicted his prior exemplary record.

26. Defendants' stated reasons were false and pretextual. The true motives were Plaintiff's ancestry, his non-Tamil ethnicity, and his opposition to discriminatory treatment.

27. The conduct was severe and pervasive, creating a hostile work environment that altered the conditions of employment in violation of Title VII.

28. Defendants failed to investigate or correct the misconduct despite multiple internal complaints.

### FIRST CAUSE OF ACTION

**(Discrimination Based on National Origin and Ancestry — Title VII (42 U.S.C. § 2000e-2))**

**and 42 U.S.C § 1981**

29. Plaintiff realleges and incorporates the foregoing paragraphs.

30. Defendants discriminated against Plaintiff in the terms and conditions of employment, including supervision, evaluation, and termination, because of his ancestry, ethnicity, and national origin, in violation of Title VII and 42 U.S.C § 1981.

31. Individual Defendants are personally liable for all claims arising under 42 U.S.C § 1981 herein because they directly participated in the unlawful actions and had the authority to implement them that are herein alleged.

### SECOND CAUSE OF ACTION

**(Retaliation — Title VII (42 U.S.C. § 2000e-3)) and 42 U.S.C § 1981**

32. Plaintiff engaged in protected activity by opposing and reporting discriminatory conduct to management and HR.

33. Defendants retaliated by marginalizing his duties, issuing false discipline, and terminating his employment.

34. Such actions constitute unlawful retaliation under Title VII and 42 U.S.C § 1981

### THIRD CAUSE OF ACTION

**(Hostile Work Environment — Title VII and 42 U.S.C § 1981)**

35. Through persistent ethnic slurs, exclusion, threats, and humiliation, Defendants subjected Plaintiff to an abusive working environment that a reasonable person would find hostile or intimidating.

36. Defendants knew or should have known of the harassment and failed to take remedial action, thereby violating Title VII and 42 U.S.C § 1981.

## DAMAGES

37. As a direct and proximate result of Defendants' unlawful acts, Plaintiff has suffered:
    a. Back Pay and Lost Benefits approximately $325,000 and continuing;
    b. Front Pay — estimated $500,000 over five years;
    c. Emotional Distress and Reputational Harm not less than $750,000;
    d. Punitive Damages to the extent permitted by Title VII and 42 U.S.C § 1981; and
    e. Attorneys' Fees, Costs, and Interest as authorized by 42 U.S.C. § 2000e-5(k).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

38. Declare that Defendants violated Title VII and 42 U.S.C § 1981 by discriminating and retaliating against Plaintiff;

39. Award compensatory, punitive, and equitable damages including back pay and front pay;

40. Award Plaintiff reasonable attorneys' fees, costs, and interest; and

41. Grant such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: November 5, 2025 New York, New York

Respectfully submitted,

        by: /s/ Jerome K. Mitchell_____
            Jerome K. Mitchell
            Mitchell Law Group, P.C.
            295 Madison Avenue, 12th Fl.
            New York, New York 10017
            (O) (646) 290-6492
            (F)  (646) 571-1440

            Attorney for Plaintiff

            Praveen Narayanasetty

## VERIFICATION

I, Praveen Narayanasetty, declare (or certify, verify, or state) under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. I am an adult male over the age of 18. My current address is ___26 Andrews Way, Piscataway, NJ - 08854___. I am the Complainant in the accompanying Verified Complaint, Praveen Narayanasetty vs. Metropolitan Transportation Authority; New York City Transit Authority; Ramakrishnan Seshan Pathai, Individually; And Rafail Portnoy, Individually. I have personal knowledge of the facts alleged in this Verified Complaint, which I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of November, 2025

<u>Piscataway</u>, New Jersey

_____

Praveen Narayanasetty