

April 24, 2026

VIA NYSD ECF

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

### RE: JOINT LETTER MOTION TO STAY PROCEEDINGS PENDING MEDIATION - 1:25-CV-09266-PAE NARAYANASETTY V. METROPOLITAN TRANSPORTATION AUTHORITY ET AL

Dear Judge Engelmayer:

Plaintiff respectfully submits this letter motion on behalf of all parties. On April 23, 2026, Plaintiff requested a brief extension of the deadline to file the proposed Civil Case Management Plan and Scheduling Order, the joint letter, and counsel appearance information. The Court granted that request on April 24, 2026.

Following further conferral, Plaintiff and Defendant jointly request that the Court stay all proceedings pending completion of mediation scheduled for May 18, 2026, at 9:30 a.m. The requested stay includes the hearing currently set for April 29, 2026. A temporary stay will conserve the resources of both the Court and the parties and may facilitate resolution of this matter without the need for further litigation.

In the event the mediation does not result in a resolution, the parties propose to submit a joint status letter within five (5) days following the mediation, advising the Court of the outcome and, if necessary, proposing a revised case schedule.

The parties thank the Court for its consideration..

Respectfully submitted,

1

s/ Jerome K. Mitchell

Jerome K. Mitchell, Esq.
Mitchell Law Group, P.C.

*Counsel for Plaintiff*

GRANTED.  The Court stays all deadlines and adjourns the initial
pretrial conference scheduled for Wednesday, April 29, 2026.  The
parties are directed to file a joint status update on the docket by
May 26, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date:  April 27, 2026
New York, New York

2