UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRAVEEN NARAYANASETTY,

                                     Plaintiff,

                 -v-

METROPOLITAN TRANSPORTATION AUTHORITY
*et al.*,

                                     Defendants.

25 Civ. **9266** (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 27, 2026, at the request of the parties, the Court stayed all deadlines and adjourned the initial pretrial conference, pending mediation. Dkt. 31. The Court directed the parties to file a joint status update on the docket by May 26, 2026. No such update has been filed.

Accordingly, the parties are directed to file an update on the docket, by **July 1, 2026**, as to the status of mediation and proposed next steps in this case.

SO ORDERED.

*Paul A. Engelmayer*
—————————————————
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2026
       New York, New York